IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Metropolitan Life Insurance Company,　　　　　　No. C 13-3058 SI

　　　　　Plaintiff(s),　　　　　　　　　　　　　　　**RECUSAL ORDER**

　　v.

Iliana P. Morales, et al.,

　　　　　Defendants(s).
_____/

　　　　I hereby recuse myself from hearing or determining any matters which have been assigned to me as District Judge in the above-entitled action. The Clerk of Court shall reassign this case to another District Judge.

**IT IS SO ORDERED.**

Dated: July 26, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE