**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Metropolitan Life Insurance Company,

          Plaintiff(s),

  v.

Iliana P. Morales, et al.,

          Defendants(s).

No. C 13-3058 SI

**RECUSAL ORDER**

     I hereby recuse myself from hearing or determining any matters which have been assigned to me as District Judge in the above-entitled action. The Clerk of Court shall reassign this case to another District Judge.

**IT IS SO ORDERED.**

Dated: July 2₆, 2013.

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE