1  Richard Johnston - SBN 124524
   131-A Stony Circle, Suite 500
2  Santa Rosa, California 95401
   Telephone (707) 939-5299
3  Facsimile (707) 837-9532

4

   Attorney for Defendants
5  Huguette Alejandra Cuadra Tijerino and
   Minor Children C.M and A.M
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 METROPOLITAN LIFE INSURANCE        )  Case No. CV 13 3058 WHA
   COMPANY,                           )
11                                    )  [PROPOSED] ORDER APPOINTING
              Plaintiff,              )  GUARDIAN *AD LITUM*
12                                    )
         vs.                          )
13                                    )
   ILIANA P. MORALES, A.M., a minor; C.M., a )
14 minor,                             )
                                      )
15            Defendants.             )
                                      )
16 _____)

17
         Good cause appearing,
18
         The court appoints Huguette Alejandra Cuadra Tijerino as guardian *ad litum*
19
   for the minor defendants named in this matter as A.M. and C.M.
20

21
   Dated: October 16, 2013
22
                                          _____
23                                        William Alsup
24                                        United States District Judge

25

26

27

28
   _____
   [PROPOSED] ORDER APPOINTING
   GUARDIAN *AD LITUM*