**RICHARD JOHNSTON**
Attorney at Law
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
(707) 939-5299
Fax (707) 837-9532
e-mail: RichardJohnstonEsq@gmail.com

Hon. Joseph C. Spero
United States Magistrate Judge
United States District Court, Northern District of California
Courtroom G, 19th Floor
450 Golden Gate Avenue
San Francisco, California 94102

      Re:   *Metropolitan Life Ins. Co. v. Morales*
            Case no CV-13-3058-WHA

Dear Judge Spero:

    The referenced matter has been assigned to you by Judge Alsup for a settlement conference, to be held either November 4 or November 18. I represent Huguette Alejandra Cuadra Tijerino (Ms. Cuadra), the natural mother of the defendant minor children designated as A.M. and C.M. Judge Alsup has appointed Ms. Cuadra guardian *ad litum* for A.M. and C.M. in this matter.

    A.M. and C.M. are claimants to the interpleaded proceeds of the life insurance policy that is the subject matter of this action; defendant Iliana Morales asserts an adverse interest to the same insurance proceeds.

    I write to request leave for Ms. Cuadra to appear at the settlement conference telephonically. Ms. Cuadra, A.M. and C.M. all live in Fishers, Indiana, a suburb of Indianapolis. The stakes involved in the underlying dispute between Ms. Morales and the minor children amount to no more than approximately $44,000. I respectfully suggest these stakes do not justify requiring Ms. Cuadra, who did not select the Northern District of California as the venue for this matter, to travel to San Francisco for this settlement conference. I am very confident, and can assure the court, that her participation by telephone would be every bit as effective for present purposes as her personal appearance would be.

    Please advise if you would like further input from me on this question. Thank you very much.

Dated: 10/25/13

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

Very truly yours,

Richard Johnston

RJ/tlv