Richard Johnston - SBN 124524
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 939-5299
Facsimile (707) 837-9532

Attorney for Defendants
Huguette Alejandra Cuadra Tijerino and
Minor Children C.M and A.M

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>       vs.<br><br>ILIANA P. MORALES, A.M., a minor; C.M., a minor,<br><br>              Defendants. | Case No. CV 13 3058 WHA<br><br>**NOTICE OF SETTLEMENT, STIPULATION FOR DISMISSAL, AND [PROPOSED] ORDER THEREON** |

TO THIS HONORABLE COURT AND TO ITS CLERK:

The remaining parties hereto, defendants Iliana P. Morales and Huguette Alejandra Cuadra Tijerino (Ms. Cuadra), jointly submit the following notice and stipulation.

1.  Plaintiff Metropolitan Life Insurance Company initiated this interpleader action, deposited the disputed funds in question with the clerk of this court, and has been dismissed.

2. During a settlement conference conducted by Hon. Joseph C. Spero, United States Magistrate Judge, on November 18, 2013, the defendants resolved their dispute as to the appropriate allocation of the funds interpleaded and deposited with

---

NOTICE OF SETTLEMENT,
STIPULATION FOR DISMISSAL,
AND [PROPOSED] ORDER THEREON

the clerk by MetLife.

3. This entire matter has now been resolved, save only the disbursement by the clerk to the respective defendants, as follows according to the aforementioned settlement: the clerk is to disburse one-half of the funds deposited by MetLife to each defendant, Ms. Morales and Ms. Cuadra, respectively, by tendering said funds to their respective counsel of record, the undersigned.

4. The parties therefore stipulate to the dismissal, with prejudice, of this entire action, immediately upon the clerk's conveyance of the interpleaded funds as described in the foregoing paragraph, with each party to bear their own respective costs and attorney fees.

Dated: November 26, 2013

                                                        S/ Richard Johnston
Richard Johnston
Attorney for Defendants
Huguette Alejandra Cuadra Tijerino and
Minor Children C.M and A.M

Dated: November 26, 2013

                                                       S/ Robert Sheridan
Robert Sheridan
Attorney for Defendant
Iliana P. Morales

## ~~[PROPOSED]~~ ORDER

Good cause appearing,

The court approves the foregoing stipulation and orders:

1. The clerk is directed to disburse the funds deposited in this matter by plaintiff Metropolitan Life Insurance Company as follows:

---

NOTICE OF SETTLEMENT,
STIPULATION FOR DISMISSAL,
AND ~~[PROPOSED]~~ ORDER THEREON        2

- one-half of the deposited funds shall be tendered to Robert Sheridan, Esq., at said counsel's address of record, for the benefit of defendant Iliana P. Morales;
- and one-half of the deposited funds shall be tendered to Richard Johnston, Attorney at Law Trust Account, at said counsel's address of record, for the benefit of defendant Huguette Alejandra Cuadra Tijerino, in her capacity as guardian *ad litum* for the minor defendants sued herein as A.M. and C.M.

2. Upon the clerk's disbursement of the funds on deposit as directed in the foregoing paragraph, this matter is dismissed with prejudice, the parties to bear their own respective costs and attorney fees.

```
        December 2, 2013.
```
Dated: ~~November __, 2013~~

_____
William Alsup
United States District Judge